IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TONI BAPTISTA,

            Plaintiff,

     v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

           Defendant.

No. CV 07-3053-MO

JUDGMENT

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings consistent with the Opinion and Order of the court entered December 2, 2008 (#13).

    DATED this __3rd__ day of December, 2008.

                        /s/ Michael W. Mosman
                        MICHAEL W. MOSMAN
                        United States District Judge

PAGE 1 - JUDGMENT